Kevin K. Kessner, WSB #6-4257
Yonkee & Toner, LLP
319 West Dow Street
P.O. Box 6288
Sheridan, WY 82801
(307) 674-7451
kkessner@yonkeetoner.com

James L. Kauffman
Bailey & Glasser LLP
1055 Thomas Jefferson Street NW, Ste. 540
Washington DC 20007
(202) 463-2101
jkauffman@baileyglasser.com
*(To be admitted Pro Hac Vice)*

Denali S. Hedrick
Bailey & Glasser LLP
209 Capitol Street
Charleston, WV 25301
(304) 345-6555
dhedrick@baileyglasser.com
*(To be admitted Pro Hac Vice)*

Kristen M. Gelinas Simplicio
Tycko & Zavareei LLP
2000 Pennsylvania Avenue NW, Ste 1010
Washington DC 20006
(202) 417-3658
ksimplicio@tzlegal.com
*(To be admitted Pro Hac Vice)*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| GARY VENTLING, in his own right and as representative of a class of persons similarly situated, )<br>)<br>)<br>)<br>Plaintiff, ) | Civil Action No. 24-CV-00158 |

|                                      |   |
|--------------------------------------|---|
|                                      | ) |
| vs.                                  | ) |
|                                      | ) |
| ROUNDPOINT MORTGAGE SERVICING LLC,   | ) |
|                                      | ) |
|                                      | ) |
| Defendant.                           | ) |

_____

## NOTICE OF COMPLEXITY
_____

Pursuant to U.S.D.C.L.R. 16.4, Plaintiff, Gary Ventling, by and through his undersigned attorneys, hereby notifies the Court and the opposing party of its position that this case IS complex under the criteria outlined in U.S.D.C.L.R. 16.4(b).

DATED this 16th day of August, 2024.

    Plaintiff, Gary Ventling,

By: */s/Kevin K. Kessner*

Kevin K. Kessner (WSB# 6-4257)
Yonkee & Toner, LLP
P.O. Box 6288
319 W. Dow St.
Sheridan, WY 82801-6288
Phone: (307) 674-7451
Fax: (307) 672-6250
Email: kkessner@yonkeetoner.com

James L. Kauffman (DC #1020720)
*PHV to be submitted*
Bailey & Glasser LLP
1055 Thomas Jefferson St. NW, Ste. 540
Washington, D.C. 20007
Telephone: (202) 463-2101
Fax: (202) 463-2103
Email: jkauffman@baileyglasser.com

Denali S. Hedrick (WV #14066)
*PHV to be submitted*
Bailey & Glasser, LLP
209 Capitol Street
Charleston, West Virginia 25301
Telephone: (304) 345-6555
Fax: (304) 342-1110
Email: dhedrick@baileyglasser.com

Kristen G. Simplicio (DC Bar No. 977556)
*PHV to be submitted*
Tycko & Zavareei LLP
1828 L Street NW, Ste. 1000
Washington, D.C. 20036
Phone: (202) 973-0900
Fax: (202) 973-0950
ksimplicio@tzlegal.com

  *Counsel for Plaintiff*