# Laramie County Sheriff's Department

## Certificate of Service

**GARY VENTLING**
vs.
**ROUNDPOINT MORTGAGE SERVICING LLC**

Sheriff's #   24002593
Case #        24-CV-00158

**Affidavit of Service**

SUMMONS AND COMPLAINT

I, Deputy BENJAMIN JACQUOT, Badge # C67 of the Laramie County Sheriff's Department, certify and affirm that on 9/4/2024 at 12:32 PM at 1821 LOGAN AVE Cheyenne, WY 82001, served within authenticated SUMMONS AND COMPLAINT upon CORPORATION SERVICE COMPANY, the Servee named here in the following manner.

Business

By delivering to and leaving with JULIE LEANDER, OFFICE MANAGER FOR CORPORATION SERVICE COMPANY, AGENT FOR ROUNDPOINT MORTGAGE SERVICING LLC, personally, a true copy thereof, said person being known or identified to me as the person mentioned and described therein.

By _____
BENJAMIN JACQUOT #C67

Deputy Sheriff

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

| | |
|---|---|
| GARY VENTLING, in his own right and as representative of a class of persons similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>ROUNDPOINT MORTGAGE SERVICING LLC<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 24-CV-00158-SWS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ROUNDPOINT MORTGAGE SERVICING LLC
c/o Corporation Service company
1821 Logan Avenue
Cheyenne, WY 82001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kevin K. Kessner
Yonkee & Toner, LLP
319 W. Dow Street
P.O. Box 6288
Sheridan, WY 82801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 8/16/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 24-CV-00158-SWS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: