IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
NOV -5 PM 3: 37
MARGARET BOTKINS, CLERK
CASPER

| | |
|---|---|
| GARY VENTLING, in his own right and as representative of a class of persons similarly situated, ) ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | Civil Action No. 1:24-cv-158 |
| ROUNDPOINT MORTGAGE SERVICING LLC, ) ) ) | |
| Defendant. ) | |

**ORDER GRANTING AGREED MOTION TO EXTEND TIME TO RESPOND AND REPLY TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

**THIS MATTER** comes before the Court upon the Agreed Motion to Extend Time to Respond and Reply to Defendant's Motion to Dismiss Plaintiff's Complaint. The Court reviewed this matter and finds that the motion should be granted. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's deadline to file his Response to the Defendant's Motion to Dismiss is November 29, 2024, and Defendant's deadline to Reply to Plaintiff's Response is December 13, 2024.

**DATED** this _5th_ day of November, 2024.

Scott W. Skavdahl
United States District Judge