Jeffrey Pope, WSB No. 7-4859
HOLLAND & HART LLP
2020 Carey Avenue, Suite 800
Cheyenne, WY 82001
Phone: 307.778.4223
Email: jspope@hollandhart.com

Abigail M. Dockum (admitted *pro hac vice*)
DENTONS US LLP
1900 16th Street, Suite 1350
Denver, CO 80202
Phone: 303.634.4000
Email: abby.dockum@dentons.com

Deborah H. Renner (admitted *pro hac vice*)
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020
Phone: 212.768.6700
Email: deborah.renner@dentons.com

Margret L. Flodeen (admitted *pro hac vice*)
DENTONS US LLP
601 S. Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Phone: 213.243.6109
Email: margret.flodeen@dentons.com

Michael E. Harriss (admitted *pro hac vice*)
DENTONS US LLP
101 S. Hanley Road, Suite 600
St. Louis, MO 63105-3435
Phone: 314.259.5848
Email: michael.harriss@dentons.com

*Counsel for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| GARY VENTLING, in his own right and as a representative of a class of persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROUNDPOINT MORTGAGE SERVICING LLC,<br><br>Defendant. | Case No. 1:24-cv-158-SWS |

**DEFENDANT'S NON-OPPOSITION TO PLAINTIFF'S MOTION TO FILE MATERIALS AS NON-PUBLIC IN CONNECTION WITH PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

1

Defendant RoundPoint Mortgage Servicing LLC ("Defendant" or "RoundPoint"), does not oppose, and indeed supports, Plaintiff's Motion for Leave to File Materials as Non-Public (the "Sealing Motion") in connection with his Opposition to RoundPoint's Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 5.2(d), Local Rule of Civil Procedure 5.1(g), and paragraphs six and thirteen of the parties' Agreed Protective Order, which the Court entered on October 7, 2025 (ECF No. 46).[1]

As stated in Plaintiff's Sealing Motion, "Plaintiff does not object to the non-public filing" of RoundPoint's confidential information in connection with RoundPoint's Motion for Summary Judgment.[2] (ECF No. 64 at 3.) Consistent with that position, Plaintiff has publicly filed versions of the materials with limited redactions of information about RoundPoint's business practices that RoundPoint has designated as confidential, including non-public information concerning its internal payment processing and lockbox practices and procedures, vendor relationships, and other sensitive information produced in discovery. There is good cause for Plaintiff to file the materials at issue non-publicly, including "to protect confidential information relating to [RoundPoint's] business practices" from entry into the public sphere, which could compromise RoundPoint's business dealings. *Lucero v. Sandia Corp.*, 495 F. App'x 903, 914 (10th Cir. 2012). (*See also* ECF No. 55 (RoundPoint's Motion for Leave to file Non-Public Documents in Support of Its Motion for Summary Judgment).)

---

[1] Prior to filing the Sealing Motion, Plaintiff sought—and RoundPoint provided—RoundPoint's position regarding the confidentiality of Exhibits A and B in support of his Opposition to the Motion for Summary Judgment.

[2] Should Plaintiff be granted leave to file his proposed Amended Complaint and should he then challenge RoundPoint's confidentiality designations, RoundPoint reserves the right to fully brief its arguments regarding why the redacted materials should remain non-public and, to the extent Plaintiff challenges any of RoundPoint's other confidentiality designations, why any such information should also be non-public.

For the foregoing reasons, RoundPoint respectfully requests that the Court grant Plaintiff's

Sealing Motion.

Dated:  June 30, 2026         By:    */s/ Abigail M. Dockum*

Deborah H. Renner (*pro hac vice*)
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020
Tel.: (212) 398-5793
deborah.renner@dentons.com

Jeffrey Pope
HOLLAND & HART LLP
2020 Carey Avenue, Suite 800
Cheyenne, WY 82001
Tel: (307) 778-4223
jspope@hollandhart.com

Abigail M. Dockum (*pro hac vice*)
DENTONS US LLP
1900 16th Street, Suite 1350
Denver, CO 80202
Phone: (303) 634.4000
abby.dockum@dentons.com

Margret L. Flodeen (*pro hac vice*)
DENTONS US LLP
601 S. Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Tel.: (213) 243.6109
margret.flodeen@dentons.com

Michael E. Harriss (*pro hac vice*)
DENTONS US LLP
101 S. Hanley Road, Suite 600
St. Louis, MO 63105-3435
Phone: 314.259.5848
Email: michael.harriss@dentons.com

*Attorneys for Defendant*
*RoundPoint Mortgage Servicing LLC*

3