Jeffrey Pope, WSB No. 7-4859
HOLLAND & HART LLP
2020 Carey Avenue, Suite 800
Cheyenne, WY 82001
Phone: 307.778.4223
Email: jspope@hollandhart.com

Abigail M. Dockum (admitted *pro hac vice*)
DENTONS US LLP
1900 16th Street, Suite 1350
Denver, CO 80202
Phone: 303.634.4000
Email: abby.dockum@dentons.com

Deborah H. Renner (admitted *pro hac vice*)
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020
Phone: 212.768.6700
Email: deborah.renner@dentons.com

Michael E. Harriss (admitted *pro hac vice*)
DENTONS US LLP
101 S. Hanley Road, Suite 600
St. Louis, MO 63105-3435
Phone: 314.259.5848
Email: michael.harriss@dentons.com

*Counsel for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| GARY VENTLING, in his own right and as a representative of a class of persons similarly situated,<br><br>Plaintiff,<br>v.<br><br>ROUNDPOINT MORTGAGE SERVICING LLC,<br><br>Defendant. | Case No. 1:24-cv-158-SWS |

**DEFENDANT'S MOTION FOR STAY OF DEADLINE TO PUBLICLY FILE DOCUMENTS PENDING RESOLUTION OF RENEWED MOTION TO FILE NON-PUBLICLY OR MOTION FOR RECONSIDERATION**

1

RoundPoint Mortgage Servicing LLC ("RoundPoint"), through its undersigned attorneys, hereby requests a stay of the August 13, 2026 deadline for the parties to publicly file documents, which was set by the Court's August 6, 2026 order (ECF No. 69; the "Sealing Order"). The Sealing Order denied RoundPoint's *Motion for Leave to File Non-Public Documents in Support of its Motion for Summary Judgment* (ECF No. 55) and Plaintiff Gary Ventling's *Motion to File Materials as Non-Public in Connection with Plaintiff's Opposition to Defendant's Motion for Summary Judgment* (ECF No. 64). RoundPoint intends to file a renewed motion to file non-publicly or a motion for reconsideration and seeks a stay pending the resolution of such motion. In support of its Motion, RoundPoint states as follows:

1.     In connection with its Motion for Summary Judgment, filed February 19, 2026 (ECF No. 56), RoundPoint sought to file certain documents non-publicly.

2.     On June 18, 2026, in connection with his Response in Opposition to RoundPoint's Motion for Summary Judgment (ECF No. 65), Plaintiff also sought to file certain RoundPoint documents under seal given RoundPoint's position on their confidentiality. (ECF No. 64.)

3.     On August 6, 2026, the Court issued the Sealing Order, denying both motions *without prejudice* while also ordering the parties to "file a supplement to their motion and response, including public versions of the briefs, exhibits, and reports they originally withheld within **seven (7) days** of the issuance of this Order." (ECF No. 69 at 10.) Thus, the deadline for the parties to publicly file the originally withheld documents is August 13, 2026.

4.     No later than August 20, 2026, RoundPoint intends to file a renewed motion to file certain documents non-publicly or a motion for reconsideration, providing additional details and authorities demonstrating why the documents' contents are proprietary and why disclosure would be potentially harmful. (*See* ECF No. 69 at 7, 9.) August 20, 2026 is 14 days after issuance of the

Sealing Order, consistent with the 14-day deadline for RoundPoint to seek reconsideration under Local Rule 74.1(a).

5.      Respectfully, summary judgment briefing will not be complete until September 4, 2026, and the documents in question already have been withheld from the public docket for several months. Under these circumstances, RoundPoint submits that neither Plaintiff nor the public interest would be prejudiced by allowing sufficient time for RoundPoint to provide additional details about why certain documents' contents are proprietary and why their disclosure is potentially harmful.

6.      On the other hand, RoundPoint faces substantial prejudice if the documents in question are publicly filed before it has the opportunity to file its forthcoming renewed motion or motion for reconsideration. Such a motion will then become meaningless, and the potential harm RoundPoint faces from disclosure will already have materialized.

7.      RoundPoint requires sufficient time to evaluate the documents in question, determine the extent to which it can narrow its confidentiality requests in view of the Court's reasoning in the Sealing Order, and file a renewed motion or motion for reconsideration. Accordingly, RoundPoint submits that there is good cause to stay the August 13, 2026 deadline for the parties to publicly file the documents in question until RoundPoint's forthcoming renewed motion or motion for reconsideration is resolved. *See Rachel v. Troutt*, 820 F.3d 390, 394 (10th Cir. 2016) (noting that Rule 6(b)(1) allows extensions of time "for good cause" and that "district courts should normally grant extension requests, made before the deadline, in the absence of bad faith by the requesting party or prejudice to another party").

8.      Earlier today, August 7, 2026, counsel for RoundPoint contacted counsel for Plaintiff to request that he provide his position on this Motion today. Due to the time sensitivity of

the impending August 13 deadline, RoundPoint is filing this Motion without having received a

response from Plaintiff's counsel.


Dated:  August 7, 2026          By:    */s/ Abigail M. Dockum*

Deborah H. Renner (*pro hac vice*)
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020
Tel.: (212) 398-5793
deborah.renner@dentons.com

Jeffrey Pope
HOLLAND & HART LLP
2020 Carey Avenue, Suite 800
Cheyenne, WY 82001
Tel: (307) 778-4223
jspope@hollandhart.com

Abigail M. Dockum (*pro hac vice*)
DENTONS US LLP
1900 16th Street, Suite 1350
Denver, CO 80202
Phone: (303) 634.4000
abby.dockum@dentons.com

Michael E. Harriss (*pro hac vice*)
DENTONS US LLP
101 S. Hanley Road, Suite 600
St. Louis, MO 63105-3435
Phone: 314.259.5848
Email: michael.harriss@dentons.com

*Attorneys for Defendant*
*RoundPoint Mortgage Servicing LLC*