Jeffrey Pope, WSB No. 7-4859
HOLLAND & HART LLP
2020 Carey Avenue, Suite 800
Cheyenne, WY 82001
Phone: 307.778.4223
Email: jspope@hollandhart.com

Abigail M. Dockum (admitted *pro hac vice*)
DENTONS US LLP
1900 16th Street, Suite 1350
Denver, CO 80202
Phone: 303.634.4000
Email: abby.dockum@dentons.com

Deborah H. Renner (admitted *pro hac vice*)
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020
Phone: 212.768.6700
Email: deborah.renner@dentons.com

Michael E. Harriss (admitted *pro hac vice*)
DENTONS US LLP
101 S. Hanley Road, Suite 600
St. Louis, MO 63105-3435
Phone: 314.259.5848
Email: michael.harriss@dentons.com

*Counsel for Defendant*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| GARY VENTLING, in his own right and as a representative of a class of persons similarly situated,<br><br>Plaintiff,<br>v.<br><br>ROUNDPOINT MORTGAGE SERVICING LLC,<br><br>Defendant. | Case No. 1:24-cv-158-SWS |

**DEFENDANT ROUNDPOINT MORTGAGE SERVICING LLC'S NOTICE OF FILING OF PUBLIC DOCUMENTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

In connection with its concurrently filed Unopposed Motion for Leave to File Non-Public Documents in Connection with Its Motion for Summary Judgment, Defendant RoundPoint Mortgage Servicing LLC ("RoundPoint"), through its undersigned counsel, hereby provides notice of the public filing of the following documents in support of its Motion for Summary Judgment

(ECF No. 56), which RoundPoint previously sought leave to file non-publicly or with additional redactions:

a. Brief in support of Motion for Summary Judgment, with minimal redactions. (ECF No. 57.)

b. Exhibits W-4, W-26, W-28–33, and W-35–41 to the Declaration of Matthew Waddell, dated February 4, 2026:

   i. **Exhibit W-4**: a true and correct copy of the Deposition Transcript of Matthew Waddell in this case, dated December 1, 2025, without exhibits and word index, and with a signed errata sheet, with minimal redactions. (ECF No. 57-6.)

   ii. **Exhibit W-26**: a true and correct copy of the BBVA Treasury Management Agreement prepared for RoundPoint Financial Group Inc., with an effective date of November 6, 2012 (Bates Nos. RoundPoint0005984-6017). (ECF No. 57-28.)

   iii. **Exhibit W-28**: a true and correct copy of the Daily Deposit File, dated June 22, 2023 (Bates No. RoundPoint0005965). (ECF No. 57-30.)

   iv. **Exhibit W-29**: a true and correct copy of the Daily Deposit File, dated August 21, 2023 (Bates No. RoundPoint0005967). (ECF No. 57-31.)

   v. **Exhibit W-30**: a true and correct copy of the Daily Deposit File, dated October 27, 2023 (Bates No. RoundPoint0005969). (ECF No. 57-32.)

   vi. **Exhibit W-31**: a true and correct copy of the Daily Deposit File, dated November 22, 2023 (Bates No. RoundPoint0005970). (ECF No. 57-33.)

   vii. **Exhibit W-32**: a true and correct copy of the Daily Deposit File, dated December 19, 2023 (Bates No. RoundPoint0005971). (ECF No. 57-34.)

   viii. **Exhibit W-33**: a true and correct copy of the Daily Deposit File, dated January 19, 2024 (Bates No. RoundPoint0005972). (ECF No. 57-35.)

   ix. **Exhibit W-35**: a true and correct copy of an Exception Report for mortgage loan ending in 1417, dated June 21, 2023 (Bates No. RoundPoint0005864). (ECF No. 57-37.)

   x. **Exhibit W-36**: a true and correct copy of an Exception Report for mortgage loan ending in 1417, dated August 21, 2023 (Bates No. RoundPoint0005868). (ECF No. 57-38.)

xi. **<u>Exhibit W-37</u>**: a true and correct copy of an Exception Report for mortgage loan ending in 1417, dated October 27, 2023 (Bates No. RoundPoint0003559). (ECF No. 57-39.)

xii. **<u>Exhibit W-38</u>**: a true and correct copy of an Exception Report for mortgage loan ending in 1417, dated November 21, 2023 (Bates No. RoundPoint0003560). (ECF No. 57-40.)

xiii. **<u>Exhibit W-39</u>**: a true and correct copy of an Exception Report for mortgage loan ending in 1417, dated December 19, 2023 (Bates No. RoundPoint0003561). (ECF No. 57-41.)

xiv. **<u>Exhibit W-40</u>**: a true and correct copy of an Exception Report for mortgage loan ending in 1417, dated January 18, 2024 (Bates No. RoundPoint0003558). (ECF No. 57-42.)

xv. **<u>Exhibit W-41</u>**: a true and correct copy of call servicing notes (Bates No. RoundPoint0003557). (ECF No. 57-43.)

c. Exhibit R-1 to the Declaration of Deborah H. Renner, dated February 18, 2026:

i. **<u>Exhibit R-1</u>**: a true and correct copy of the November 18, 2025 deposition transcript of Gary Ventling, without exhibits and word index, and with a signed errata sheet, as received from Esquire Deposition Solutions. (ECF No. 57-46.)

d. Expert Report of Carl Pry, CRCM, CRP, dated February 17, 2026, with minimal redactions. (ECF No. 57-58.)

Respectfully submitted,

Dated: August 20, 2026

By: <u>*/s/ Deborah H. Renner*</u>
Deborah H. Renner
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020
Tel.: (212) 398-5793
deborah.renner@dentons.com

Jeffrey S. Pope
HOLLAND & HART LLP
2020 Carey Avenue, Suite 800
Cheyenne, WY 82001
Tel: (307) 778-4223
jspope@hollandhart.com

Abigail M. Dockum (*pro hac vice*)
DENTONS US LLP
1900 16th Street, Suite 1350
Denver, CO 80202
Tel.: (303) 634-4000
abby.dockum@dentons.com

Michael E. Harriss (*pro hac vice*)
DENTONS US LLP
101 S. Hanley Road, Suite 600
St. Louis, MO 63105-3435
Tel.: (314) 259-5848
michael.harriss@dentons.com

*Attorneys for Defendant*
*RoundPoint Mortgage Servicing LLC*